U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 1 1 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 14-0203-05** |
| **VERSUS** | **JUDGE DRELL** |
| **JENEE LYNN HARGRAVE** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

The "Motion for Hardship Credit for Hardtime Served" [rec. doc. 488] was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the "Motion for Hardship Credit for Hardtime Served" [rec. doc. 488] is **DENIED**.

Additionally, the Court notes the copy of the report and recommendation mailed February 23, 2017 to Ms. Hargrave's last known address was returned to the Clerk of Court on March 6, 2017, marked "return to sender." Thirty days have passed since March 6, 2017, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

Thus done and signed this _____ day of April, 2017 at Alexandria,

Louisiana.


DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT