UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:14-CR-00203-05** |
| **VERSUS** | **JUDGE DRELL** |
| **JENEE LYNN HARGRAVE (05)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

Before the court is the Report and Recommendation of the Magistrate Judge, previously filed herein. After de novo review of the entire record in this case, including the petition interpreted as one made under § 2255, the Report and Recommendation and petitioner's timely objections thereto, it is the finding of this court that the Report and Recommendation is correct under applicable law and jurisprudence. Accordingly, it is hereby

ORDERED that the Report and Recommendation is ADOPTED by this court in its entirety. It is therefore, further

ORDERED, ADJUDGED AND DECREED that petitioner's motions pursuant to Rule 60 (Doc 536) and (Doc 567) § 2255 are DENIED and DISMISSED.

THUS DONE AND SIGNED this _____ day of DECEMBER, 2019 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT